# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| KATHLEEN J. MYERS, on behalf of the Seventy Seven Energy Inc. Retirement & Savings Plan and a class of similarly situated participants of the Plan,<br><br>    Plaintiff(s),<br><br>v.<br><br>ADMINISTRATIVE COMMITTEE, SEVENTY SEVEN ENERGY, INC. RETIRMENT & SAVINGS PLAN, ET AL.<br><br>    Defendant(s). | Case No. 5:17-cv-00200-D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Cary Baetz, c/o Travis J. Sales, Esq., Baker Botts, L.L.P., One Shell Plaza, 910 Louisiana Street, Houston, TX 77002-4995, E-mail: travis.sales@bakerbotts.com

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Bob L. Latham, OBA No. 15799
Latham, Wagner, Steele & Lehman
10441 S. Regal Blvd. #200
Tulsa, Oklahoma 74133

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
1:29 pm, Apr 25, 2017
CARMELITA REEDER SHINN, Clerk

By: _____
   Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-00200-D

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| KATHLEEN J. MYERS, on behalf of the Seventy Seven Energy Inc. Retirement & Savings Plan and a class of similarly situated participants of the Plan,<br><br>                Plaintiff(s),<br><br>v.<br><br>ADMINISTRATIVE COMMITTEE, SEVENTY SEVEN ENERGY, INC. RETIRMENT & SAVINGS PLAN, ET AL.<br><br>                Defendant(s). | Case No. 5:17-cv-00200-D |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Christin Borden, c/o Travis J. Sales, Esq., Baker Botts, L.L.P., One Shell Plaza, 910 Louisiana Street, Houston, TX 77002-4995, E-mail: travis.sales@bakerbotts.com

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Bob L. Latham, OBA No. 15799
Latham, Wagner, Steele & Lehman
10441 S. Regal Blvd. #200
Tulsa, Oklahoma 74133

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
 1:30 pm, Apr 25, 2017
CARMELITA REEDER SHINN, Clerk
By: *Miny Luton*
    Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-00200-D

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**   **Save As...**   **Reset**

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| KATHLEEN J. MYERS, on behalf of the Seventy Seven Energy Inc. Retirement & Savings Plan and a class of similarly situated participants of the Plan,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>ADMINISTRATIVE COMMITTEE, SEVENTY SEVEN ENERGY, INC. RETIRMENT & SAVINGS PLAN, ET AL.<br><br>　　　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 5:17-cv-00200-D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Clint Clover, c/o Travis J. Sales, Esq., Baker Botts, L.L.P., One Shell Plaza, 910 Louisiana Street, Houston, TX 77002-4995, E-mail: travis.sales@bakerbotts.com

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Bob L. Latham, OBA No. 15799
Latham, Wagner, Steele & Lehman
10441 S. Regal Blvd. #200
Tulsa, Oklahoma 74133

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
 1:30 pm, Apr 25, 2017
CARMELITA REEDER SHINN, Clerk

By: _____
　　　　Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

Civil Action No. 5:17-cv-00200-D

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| KATHLEEN J. MYERS, on behalf of the Seventy Seven Energy Inc. Retirement & Savings Plan and a class of similarly situated participants of the Plan,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>ADMINISTRATIVE COMMITTEE, SEVENTY SEVEN ENERGY, INC. RETIRMENT & SAVINGS PLAN, ET AL.<br><br>　　　　　　Defendant(s). | Case No. 5:17-cv-00200-D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Gino Demarco, c/o Travis J. Sales, Esq., Baker Botts, L.L.P., One Shell Plaza, 910 Louisiana Street, Houston, TX 77002-4995, E-mail: travis.sales@bakerbotts.com

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Bob L. Latham, OBA No. 15799
Latham, Wagner, Steele & Lehman
10441 S. Regal Blvd. #200
Tulsa, Oklahoma 74133

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
 1:30 pm, Apr 25, 2017
CARMELITA REEDER SHINN, Clerk

By: _____
　　　　Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-00200-D

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| KATHLEEN J. MYERS, on behalf of the Seventy Seven Energy Inc. Retirement & Savings Plan and a class of similarly situated participants of the Plan,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>ADMINISTRATIVE COMMITTEE, SEVENTY SEVEN ENERGY, INC. RETIRMENT & SAVINGS PLAN, ET AL.<br><br>　　　　　　Defendant(s). | Case No. 5:17-cv-00200-D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jerome Loughridge, c/o Travis J. Sales, Esq., Baker Botts, L.L.P., One Shell Plaza, 910 Louisiana Street, Houston, TX 77002-4995, E-mail: travis.sales@bakerbotts.com

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bob L. Latham, OBA No. 15799
Latham, Wagner, Steele & Lehman
10441 S. Regal Blvd. #200
Tulsa, Oklahoma 74133

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
　1:30 pm, Apr 25, 2017
　CARMELITA REEDER SHINN, Clerk

By: _____
　　　Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-00200-D

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**      **Save As...**      **Reset**

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| KATHLEEN J. MYERS, on behalf of the Seventy Seven Energy Inc. Retirement & Savings Plan and a class of similarly situated participants of the Plan,<br><br>                    Plaintiff(s),<br><br>v.<br><br>ADMINISTRATIVE COMMITTEE, SEVENTY SEVEN ENERGY, INC. RETIRMENT & SAVINGS PLAN, ET AL.<br><br>                    Defendant(s). | Case No. 5:17-cv-00200-D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Karl Blanchard, c/o Travis J. Sales, Esq., Baker Botts, L.L.P., One Shell Plaza, 910 Louisiana Street, Houston, TX 77002-4995, E-mail: travis.sales@bakerbotts.com

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Bob L. Latham, OBA No. 15799
Latham, Wagner, Steele & Lehman
10441 S. Regal Blvd. #200
Tulsa, Oklahoma 74133

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
1:31 pm, Apr 25, 2017
CARMELITA REEDER SHINN, Clerk
By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

Civil Action No. 5:17-cv-00200-D

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...                                                           Reset

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| KATHLEEN J. MYERS, on behalf of the Seventy Seven Energy Inc. Retirement & Savings Plan and a class of similarly situated participants of the Plan,<br><br>    Plaintiff(s),<br><br>v.<br><br>ADMINISTRATIVE COMMITTEE, SEVENTY SEVEN ENERGY, INC. RETIRMENT & SAVINGS PLAN, ET AL.<br><br>    Defendant(s). | Case No. 5:17-cv-00200-D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lance Haffner, c/o Travis J. Sales, Esq., Baker Botts, L.L.P., One Shell Plaza, 910 Louisiana Street, Houston, TX 77002-4995, E-mail: travis.sales@bakerbotts.com

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bob L. Latham, OBA No. 15799
Latham, Wagner, Steele & Lehman
10441 S. Regal Blvd. #200
Tulsa, Oklahoma 74133

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
1:31 pm, Apr 25, 2017
CARMELITA REEDER SHINN, Clerk

By: _____
   Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-00200-D

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| KATHLEEN J. MYERS, on behalf of the Seventy Seven Energy Inc. Retirement & Savings Plan and a class of similarly situated participants of the Plan,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>ADMINISTRATIVE COMMITTEE, SEVENTY SEVEN ENERGY, INC. RETIRMENT & SAVINGS PLAN, ET AL.<br><br>　　　　　　Defendant(s). | Case No. 5:17-cv-00200-D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Linda Clark, c/o Travis J. Sales, Esq., Baker Botts, L.L.P., One Shell Plaza, 910 Louisiana Street, Houston, TX 77002-4995, E-mail: travis.sales@bakerbotts.com

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bob L. Latham, OBA No. 15799
Latham, Wagner, Steele & Lehman
10441 S. Regal Blvd. #200
Tulsa, Oklahoma 74133

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
1:31 pm, Apr 25, 2017
CARMELITA REEDER SHINN, Clerk

By: _____
　　　　Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-00200-D

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset