**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KATHLEEN J. MYERS, on behalf of the Seventy Seven Energy Inc. Retirement & Savings Plan and a class of similarly situated participants of the Plan, | ) ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. CIV-17-200-D |
| | ) |
| ADMINISTRATIVE COMMITTEE, SEVENTY SEVEN ENERGY, INC. RETIREMENT & SAVINGS PLAN, *et al.*, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**O R D E R**

The Order Regarding Scheduling Deadlines [Doc. No. 142] was entered upon joint motion of the parties to permit the orderly disposition of this case after class certification was denied. Numerous deadlines have expired with no filing by any party. It appears that Plaintiff is a class member in a related case in which the Court recently granted preliminary approval of a class action settlement and set a fairness hearing for August 18, 2022. *See Snider v. Admin. Comm.*, Case No. CIV-20-977-D (W.D. Okla. Sept. 28, 2020). Thus, it is possible that Plaintiff or her counsel has elected not to pursue this case further.

**IT IS THEREFORE ORDERED** that Plaintiff is directed to show cause within 7 days from the date of this Order why this case should not be administratively closed pending final approval of the *Snider* class settlement.

**IT IS SO ORDERED** this 17th day of June, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge