IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KATHLEEN J. MYERS, on behalf of the<br>Seventy Seven Energy Inc. Retirement &<br>Savings Plan and a class of similarly<br>situated participants of the Plan,<br><br>Plaintiff,<br><br>vs.<br><br>ADMINISTRATIVE COMMITTEE,<br>SEVENTY SEVEN ENERGY INC.<br>RETIREMENT & SAVINGS PLAN; et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-17-0200-D |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kathleen J. Elston (f/k/a Kathleen J. Myers), individually and on behalf of the Seventy Seven Energy Inc. Retirement & Savings Plan, which became the Seventy Seven Energy LLC Retirement & Savings Plan effective June 9, 2017, and was merged into the Patterson-UTI Energy, Inc. 401(k) Profit Sharing Plan effective December 31, 2017 (collectively, the "Plan"), and Defendants Administrative Committee of the Plan, Cary Baetz, Karl Blanchard, Christin Borden, Linda Clark, Clint Cover, Gino DeMarco, Lance Haffner, and Jerome Loughridge, through their respective attorneys, that the above-captioned action is voluntarily dismissed, with prejudice, as to all claims and causes of action asserted therein by Plaintiff against the Defendants pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), with each party to bear their own costs, expenses, and fees.

1

Respectfully submitted this 21st day of June, 2022.

*/s/ Travis J. Sales*
McAFEE & TAFT A Professional Corporation
Spencer F. Smith, OBA #20430
Patrick L. Stein, OBA #30737
Brandon Long, OBA #20268
Michael F. Lauderdale, OBA #14265
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102-7103
Telephone:  (405) 235-9621
Facsimile:  (405) 235-0439
spencer.smith@mcafeetaft.com
patrick.stein@mcafeetaft.com
brandon.long@mcafeetaft.com
michael.lauderdale@mcafeetaft.com

BAKER BOTTS L.L.P.
Travis J. Sales (*pro hac vice*)
Tina Q. Nguyen (*pro hac vice*)
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile:  (713) 229-1522
travis.sales@bakerbotts.com
tina.nguyen@bakerbotts.com

Michael Calhoon (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001-5692
Telephone: (202) 639-7954
Facsimile: (202) 585-1096
michael.calhoon@bakerbotts.com

**Attorneys for Defendants Administrative Committee of the Seventy Seven Energy, Inc. Retirement and Savings Plan, Cary Baetz, Karl Blanchard, Christin Borden, Linda Clark, Clint Cover, Gino DeMarco, Lance Haffner, and Jerome Loughridge**

2

*/s/ Mark G. Boyko*

Mark G. Boyko
BAILEY & GLASSER LLP
Gregory Y. Porter (admitted *pro hac vice*)
Ryan T. Jenny (admitted *pro hac vice*)
Mark G. Boyko (admitted *pro hac vice*)
1054 31st St., NW, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
E-mail: gporter@baileyglasser.com
E-mail: rjenny@baileyglasser.com
E-mail: mboyko@baileyglasser.com

IZARD KINDALL & RAABE LLP
Robert A. Izard (admitted *pro hac vice*)
Douglas P. Needham (admitted *pro hac vice*)
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
E-mail: rizard@ikrlaw.com
E-mail: dneedham@ikrlaw.com

LATHAM, STEELE, LEHMAN, KEELE,
RATCLIFF, FREIJE & CARTER, P.C
Bob L. Latham, OBA No. 15799
James Colvin, OBA No. 20654
1515 E. 71st Street, Suite 200
Tulsa, OK 74136
Telephone: (918) 970-2000
Facsimile: (918) 970-2002
E-mail: blatham@law-lsl.com
E-mail: jcolvin@law-lsl.com

**Attorneys for Plaintiff Kathleen J. Elston (f/k/a Kathleen J. Myers), Individually and on behalf of the Seventy Seven Energy Inc. Retirement & Savings Plan and its successor plans**

3

**CERTIFICATE OF SERVICE**

This certifies that on June 21, 2022 I electronically transmitted the above document to the Clerk of Court using the CM/ECF system for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

*/s/ Tina Q. Nguyen*
Tina Q. Nguyen